Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Consumer Advocacy Center Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abante Rooter & Plumbing, Inc.<br>c/o Andrew Heidarpour, Esq.<br>Heidarpour Law Firm, PLLC<br>1300 Pennsylvannia Ave, NW 190-318<br>Washington, DC 20004 | | | Disputed | | | $2,500.00 |
| Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 | | | Disputed | | | $0.00 |
| Chad Ploof<br>c/o Andrew Heidarpour, Esq.<br>HeidarpourLaw Firm, PLLC<br>1300 Pennsylvannia Ave<br>Washington, DC 20004 | | | Disputed | | | $2,500.00 |
| Chancellor Leonard<br>c/o Alex M. Washkowitz, Esq.<br>CW Law Group, P.C.<br>488 Oaks Road<br>Framingham, MA 01702 | | | Disputed | | | $0.00 |
| Consumer Finanical Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552 | | | Disputed | | | $0.00 |

Debtor **Consumer Advocacy Center Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Federal Communications Commission<br>445 12th Street, SW<br>Washington, DC 20554 | | | Disputed | | | $0.00 |
| Federal Trade Commission<br>Tara Isla Koslov, Chief of Staff<br>600 Pennsylvannia Ave, NW<br>Washington, DC 20580 | | | Disputed | | | $0.00 |
| Jay Brodsky<br>240 East Shore Road<br>Great Neck, NY 11023 | | | Disputed | | | $0.00 |
| Jeffrey Bloomfield, Attorney at Law<br>301 North Main Street, Ste 2400<br>Winston Salem, NC 27101 | | | Disputed | | | $6,000.00 |
| Jeremy Jackson<br>c/o Stephen P. DeNittis<br>DeNittis Osefchen Prince, PC<br>1515 Market Street, Ste 1200<br>Philadelphia, PA 19102 | | | Disputed | | | $145,000.00 |
| Joseph Bond<br>c/o Todd M. Friedman<br>The Law Office of Todd M. Friedman, P.C.<br>21550 Oxnard St, Ste 780<br>Woodland Hills, CA 91367 | | | | | | $43,000.00 |
| Quintin Brown<br>5810 Riley Street, Unit 2<br>San Diego, CA 92110 | | Consumer | Disputed | | | $0.00 |

Debtor  **Consumer Advocacy Center Inc.**                                    Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| State of California Attorney General Public Inquiry Unit Consumer Protection Division P.O. Box 944255 Sacramento, CA 94244-2550 | | | Disputed | | | $0.00 |
| State of Colorado Phil Weiser, Attorney General Ralph L. Carr Judicial Bldg 1300 Braodway 10th Floor Denver, CO 80203 | | | Disputed | | | $0.00 |
| State of Connecticut Jorge Perez, Commissioner 260 Constitution Plaza Hartford, CT 06103 | | | Disputed | | | $0.00 |
| State of Georgia Chris Carr, Attorney General 40 Capital Square, SW Atlanta, GA 30334 | | | Disputed | | | $0.00 |
| State of Idaho Lawrence G. Wasden, Atty General 700 W. Jefferson Street Boise, ID 83720-0010 | | | Disputed | | | $0.00 |
| State of Illinois Office of the Attorney General Consumer Protection Division 500 South Second St Springfield, IL 62701 | | | Disputed | | | $0.00 |
| State of Minnesota Office of the Attorney General 445 Minnesota St, Suite 1200 Saint Paul, MN 55101 | | | Disputed | | | $573,828.22 |

Debtor **Consumer Advocacy Center Inc.**  
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stuart Abramson<br>522 Glen Arden Drive<br>Pittsburgh, PA 15208 | | | Disputed | | | $4,500.00 |

**Fill in this information to identify the case:**

Debtor name: Consumer Advocacy Center Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/15/19

X _____
Signature of individual signing on behalf of debtor

Albert Kim
Printed name

President
Position or relationship to debtor