UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CONSUMER ADVOCACY CENTER, INC.

CASE NO. 19-10655-JKO

CHAPTER 11 PROCEEDING

Debtor
_____/

DEBTOR'S CORPORATE OWNERSHIP STATEMENT

CONSUMER ADVOCACY CENTER, INC., Debtor and Debtor-in-possession herein, by and through its undersigned counsel, hereby files its Corporate Ownership Statement, in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure, as follows:

1. No corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

**I HEREBY CERTIFY** that on **January 22 , 2019**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BEHAR, GUTT & GLAZER, P.A.
Attorneys for Debtor
DCOTA, Suite A-350
1855 Griffin Rd.
Ft. Lauderdale, FL 33004
Telephone:  (305) 931-3771
Fax:  (305) 931-3774


By      S/ **Brian S. Behar**
BRIAN S. BEHAR / FBN: 727131
ROBERT J. EDWARDS /FBN:  007544