**Fill in this information to identify the case:**

Debtor name    **Consumer Advocacy Center Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from *Schedule A/B*................................................................................................ $    0.00

    1b. Total personal property:
    Copy line 91A from *Schedule A/B*.............................................................................................. $    46,146.86

    1c. Total of all property:
    Copy line 92 from *Schedule A/B*................................................................................................. $    46,146.86

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $    0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $    0.00

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ +$    777,328.22

4. **Total liabilities** ................................................................................................................
Lines 2 + 3a + 3b    $    777,328.22

**Fill in this information to identify the case:**

Debtor name: **Consumer Advocacy Center Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                    Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Sunwest Bank | Checking account | 1689 | $26,496.86 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**                                                                                    $26,496.86
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1.  Irvine Company Lease Security Deposits                                                         $19,650.00

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                    $19,650.00
   Add lines 7 through 8. Copy the total to line 81.

Debtor    **Consumer Advocacy Center Inc.**    Case number *(If known)*
        Name

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in Intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Consumer Advocacy Center Inc.**                    Case number *(If known)*
         Name

Debtor   **Consumer Advocacy Center Inc.**   Case number *(If known)*
        Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form
Type of property | Current value of personal property | Current value of real property
---|---|---

80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1*  —  $26,496.86

81. Deposits and prepayments. *Copy line 9, Part 2.*  —  $19,650.00

82. Accounts receivable. *Copy line 12, Part 3.*  —  $0.00

83. Investments. *Copy line 17, Part 4.*  —  $0.00

84. Inventory. *Copy line 23, Part 5.*  —  $0.00

85. Farming and fishing-related assets. *Copy line 33, Part 6.*  —  $0.00

86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.*  —  $0.00

87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.*  —  $0.00

88. Real property. *Copy line 56, Part 9* .................................................................................>  |  |  $0.00

89. Intangibles and intellectual property. *Copy line 66, Part 10.*  —  $0.00

90. All other assets. *Copy line 78, Part 11.*  +  $0.00

91. Total. Add lines 80 through 90 for each column  |  $46,146.86  | + 91b.  $0.00

92. Total of all property on Schedule A/B. Add lines 91a+91b=92  |  |  $46,146.86

**Fill in this information to identify the case:**

Debtor name  **Consumer Advocacy Center Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   Consumer Advocacy Center Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>Abante Rooter & Plumbing, Inc.<br>c/o Andrew Heidarpour, Esq.<br>Heidarpour Law Firm, PLLC<br>1300 Pennsylvannia Ave, NW 190-318<br>Washington, DC 20004<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $2,500.00 |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | Unknown |
| 3.3 | Nonpriority creditor's name and mailing address<br>Chad Ploof<br>c/o Andrew Heidarpour, Esq.<br>HeidarpourLaw Firm, PLLC<br>1300 Pennsylvannia Ave<br>Washington, DC 20004<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $2,500.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>Chancellor Leonard<br>c/o Alex M. Washkowitz, Esq.<br>CW Law Group, P.C.<br>488 Oaks Road<br>Framingham, MA 01702<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | Unknown |

Debtor **Consumer Advocacy Center Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.5 | Nonpriority creditor's name and mailing address<br>**Christopher Dolejs**<br>c/o David Force, Esq.<br>Law Offices of Michael Lupolover, P.C.<br>120 Sylvan Ave, Ste 303<br>Englewood Cliffs, NJ 07632<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Consumer Finanical Protection Bureau**<br>1700 G Street NW<br>Washington, DC 20552<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Federal Communications Commission**<br>445 12th Street, SW<br>Washington, DC 20554<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.8 | Nonpriority creditor's name and mailing address<br>**Federal Trade Commission**<br>Tara Isla Koslov, Chief of Staff<br>600 Pennsylvannia Ave, NW<br>Washington, DC 20580<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.9 | Nonpriority creditor's name and mailing address<br>**Graham Sorkin**<br>2125 Delaware Ave, Suite A<br>Santa Cruz, CA 95060<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.10 | Nonpriority creditor's name and mailing address<br>**Jay Brodsky**<br>240 East Shore Road<br>Great Neck, NY 11023<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.11 | Nonpriority creditor's name and mailing address<br>**Jeffrey Bloomfield, Attorney at Law**<br>301 North Main Street, Ste 2400<br>Winston Salem, NC 27101<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,000.00 |

| Debtor | Consumer Advocacy Center Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,000.00 |
|---|---|---|---|
| | Jeremy Jackson<br>c/o Stephen P. DeNittis<br>DeNittis Osefchen Prince, PC<br>1515 Market Street, Ste 1200<br>Philadelphia, PA 19102 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _ | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,000.00 |
|---|---|---|---|
| | Joseph Bond<br>c/o Todd M. Friedman<br>The Law Office of Todd M. Friedman, P.C.<br>21550 Oxnard St, Ste 780<br>Woodland Hills, CA 91367 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _ | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Quintin Brown<br>5810 Riley Street, Unit 2<br>San Diego, CA 92110 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: Consumer | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of California<br>Attorney General Public Inquiry Unit<br>Consumer Protection Division<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _ | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Colorado<br>Phil Weiser, Attorney General<br>Ralph L. Carr Judicial Bldg<br>1300 Braodway 10th Floor<br>Denver, CO 80203 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _ | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Connecticut<br>Jorge Perez, Commissioner<br>260 Constitution Plaza<br>Hartford, CT 06103 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _ | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Georgia<br>Chris Carr, Attorney General<br>40 Capital Square, SW<br>Atlanta, GA 30334 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _ | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor   **Consumer Advocacy Center Inc.**                                    Case number (if known)
         Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Idaho<br>Lawrence G. Wasden, Atty General<br>700 W. Jefferson Street<br>Boise, ID 83720-0010 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Illinois<br>Office of the Attorney General<br>Consumer Protection Division<br>500 South Second St<br>Springfield, IL 62701 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Indiana<br>Indiana Dept of Financial Institution<br>30 South Meridian St, Ste 300<br>Indianapolis, IN 46204 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Iowa<br>Iowa Division of Banking<br>200 East Grand Ave, Ste 300<br>Des Moines, IA 50309-1827 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Kansas<br>Office of Atty General Derek Schmidt<br>Consumer Protection Division<br>120 SW 10th Ave, 2nd Floor<br>Topeka, KS 66612 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Maine<br>Anne L. Head, Commissioner<br>Maine Dept of Proff & Finance Regulation<br>35 State House Station<br>Augusta, ME 04333 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | State of Maryland<br>Antonio P. Salazar, Commissioner<br>Financial Regulation<br>500 North Calvert St, Ste 402<br>Baltimore, MD 21202 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Consumer Advocacy Center Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>State of Massachusetts<br>CRA Unit<br>One South Stateion 3rd Floor<br>Boston, MA 02110<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>State of Minnesota<br>Office of the Attorney General<br>445 Minnesota St, Suite 1200<br>Saint Paul, MN 55101<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $573,828.22 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>State of Missouri<br>Office of Atty General<br>Consumer Protection Division<br>P.O. Box 899<br>Jefferson City, MO 65102<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>State of Montana<br>Montana Office of Consumer Protection<br>P.O. Box 200151<br>Helena, MT 59620-0151<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>State of New Hampshire<br>Gerald H. Little, Commissioner<br>New Hampshire Banking Dept<br>53 Regional Drive, Ste 200<br>Concord, NH 03301<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>State of New York<br>Maria T. Vullo, Superintendent of Financ<br>NY Dept of Financial Services<br>One State Street<br>New York, NY 10004-1511<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>State of North Carolina<br>Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

Debtor  **Consumer Advocacy Center Inc.**                           Case number (if known)
        Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

State of North Dakota
Office of Attorney General
Gateway Professional Center
1050 E. Interstate Ave, Ste 200
Bismarck, ND 58503-5574

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

State of Ohio
Jacqueline T. Williams, Director
Ohion Dept of Commerce
77 S. High St, 21 Floor
Columbus, OH 43215-6120

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

State of Oklahoma
Office of Attorney General
Consumer Protection Unit
313 NE 21st Street
Oklahoma City, OK 73105

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

State of Oregon
Department of Consumer & Business Servic
Division of Financial Regulation
350 Winter St NE Room 410
Salem, OR 97309

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

State of Pennsylvannia
Robin L. Weissmann, Secretary of Banking
Market Square Plaza
17 N. Second Street. Ste 1300
Harrisburg, PA 17101

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

State of South Carolina
David Campbell, Commissioner
2221 Devine Street, Ste 200
Columbia, SC 29205-2418

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | Consumer Advocacy Center Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.39 | Nonpriority creditor's name and mailing address<br>**State of Tennessee**<br>**Department of Commerce & Insurance**<br>**Phyllis Jordan ASA II, Consumer Affairs**<br>**500 James Robertson Pkwy**<br>**Nashville, TN 37243-0565**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.40 | Nonpriority creditor's name and mailing address<br>**State of Vermont**<br>**Molly Dillon, Deputy Comm of Banking**<br>**Vermont Dept of Financial Regulation**<br>**89 Main Street**<br>**Montpelier, VT 05620-3101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.41 | Nonpriority creditor's name and mailing address<br>**State of Washington**<br>**Levi Clemmens, Director**<br>**Washington State Dept of Financial Insti**<br>**P.O. Box 41200**<br>**Olympia, WA 98504-1200**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.42 | Nonpriority creditor's name and mailing address<br>**State of Wisconsin**<br>**Dept of Agriculture, Trade & Consumer**<br>**2811 Agriculture Dr.**<br>**Madison, WI 53708-8911**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.43 | Nonpriority creditor's name and mailing address<br>**Stuart Abramson**<br>**522 Glen Arden Drive**<br>**Pittsburgh, PA 15208**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,500.00** |

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Aaron Frey, Maine Atty General<br>6 State House Station<br>Augusta, ME 04333 | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Alan Wilson, S.C. Attorney General<br>Office of Atty General South Carolina<br>1000 Assembly Street, Rm 519<br>Columbia, SC 29201 | Line **3.38**<br>☐ Not listed. Explain ____ | _ |

| Debtor | Consumer Advocacy Center Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |
| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| 4.3 | Bob Fuerguson, Attorney General<br>Office of Attorney General Washington<br>1125 Washington Street<br>P.O. Box 40100<br>Olympia, WA 98504 | Line 3.41<br>☐ Not listed. Explain ___ | — |
| 4.4 | Bob Moses | Line 3.35<br>☐ Not listed. Explain ___ | — |
| 4.5 | Brian E. Frosh, Attorney General<br>Office of Atty General State of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202 | Line 3.25<br>☐ Not listed. Explain ___ | — |
| 4.6 | Bryan A. Schneider, Secretary<br>Illinois Division of Finance & Prof Reg<br>320 West Washington Street, 3rd Fl<br>Springfield, IL 62786 | Line 3.20<br>☐ Not listed. Explain ___ | — |
| 4.7 | Carla Ogden<br>500 South Second St<br>Springfield, IL 62701 | Line 3.20<br>☐ Not listed. Explain ___ | — |
| 4.8 | Carolyn Hahn, Sr. Lit Counsel<br>1700 G Street NW<br>Washington, DC 20554 | Line 3.2<br>☐ Not listed. Explain ___ | — |
| 4.9 | Carolyn Hahn, Sr. Lit counsel<br>1700 G Street NW<br>Washington, DC 20552 | Line 3.6<br>☐ Not listed. Explain ___ | — |
| 4.10 | Curtis T. Hill, Attorney General<br>Office of Atty General State of Indiana<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 | Line 3.21<br>☐ Not listed. Explain ___ | — |
| 4.11 | David C. Evers<br>Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699 | Line 3.32<br>☐ Not listed. Explain ___ | — |
| 4.12 | Deborah Morris, Deputy Enforcement Dir<br>1700 G Street NW<br>Washington, DC 20552 | Line 3.6<br>☐ Not listed. Explain ___ | — |
| 4.13 | Department of Consumer & Business Servic<br>Division of Financial Regulation<br>P.O. Box 14480<br>Salem, OR 97309-0405 | Line 3.36<br>☐ Not listed. Explain ___ | — |
| 4.14 | Ellen F. Rosenblum, Atty General<br>Oregon Dept of Justice<br>1162 Court St., NE<br>Salem, OR 97301-4096 | Line 3.36<br>☐ Not listed. Explain ___ | — |

| Debtor | Consumer Advocacy Center Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |
| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| 4.15 | Evan Romanoff<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1200<br>Saint Paul, MN 55101 | Line 3.27<br>☐ Not listed. Explain ___ | — |
| 4.16 | Gavin M. Gee, Dir of Finance<br>Idaho Dept of Finance<br>800 Park Blvd, Suite 200<br>Boise, ID 83712 | Line 3.19<br>☐ Not listed. Explain ___ | — |
| 4.17 | George Jepsen, Attoney General<br>Office of Attorney General, Connecticut<br>55 Elm Street<br>Hartford, CT 06106 | Line 3.17<br>☐ Not listed. Explain ___ | — |
| 4.18 | Gordon McDonald, Attorney General<br>New Hampshire Dept of Justice<br>33 Capital Street<br>Concord, NH 03301 | Line 3.30<br>☐ Not listed. Explain ___ | — |
| 4.19 | Greg Gonzales, Commissioner<br>Tennessee Dept of Financial Insti<br>312 Rosa L. Parks Ave, 26th Floor<br>Nashville, TN 37243 | Line 3.39<br>☐ Not listed. Explain ___ | — |
| 4.20 | Josh Shapiro, Penn Attorney General<br>Office of Atty General of Pennsylvannia<br>Strawberry Square<br>Harrisburg, PA 17120 | Line 3.37<br>☐ Not listed. Explain ___ | — |
| 4.21 | Justice Rillera<br>Financial Enforcement Officer<br>350 Winter St, NE, Rm 410<br>Salem, OR 97309 | Line 3.36<br>☐ Not listed. Explain ___ | — |
| 4.22 | Katrina G. Cardin<br>Consumer Protection Investigator<br>P.O. Box 8911<br>Madison, WI 53708-8911 | Line 3.42<br>☐ Not listed. Explain ___ | — |
| 4.23 | Kristi Thompson<br>445 12th Street, SW<br>Washington, DC 20554 | Line 3.7<br>☐ Not listed. Explain ___ | — |
| 4.24 | Lee R. Keith<br>Missouri Division of Finance<br>Truman State Office Bldg. Rm 630<br>Jefferson City, MO 65102 | Line 3.28<br>☐ Not listed. Explain ___ | — |
| 4.25 | Letitia James, Attorney General<br>Office of Atty General New York State<br>The Capitol<br>Albany, NY 12224-0341 | Line 3.31<br>☐ Not listed. Explain ___ | — |
| 4.26 | Maura Healey, Attorney General<br>Office of Atty General of Massachusetts<br>1350 Main Street, 4th Floor<br>Springfield, MA 01103 | Line 3.26<br>☐ Not listed. Explain ___ | — |

| Debtor | Consumer Advocacy Center Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |
| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| 4.27 | Melanie G. Hall, Commissioner<br>Montana Div of Banking & Financial Insti<br>P.O. Box 200546<br>Helena, MT 59620 | Line 3.29<br>☐ Not listed. Explain ___ | — |
| 4.28 | Mike Devine, Attorney General<br>Ohio Attorney General<br>30 E. Broad St. 14th Floor<br>Columbus, OH 43215 | Line 3.34<br>☐ Not listed. Explain ___ | — |
| 4.29 | Office of Attorney General<br>1300 "I" Street<br>Sacramento, CA 95814-2919 | Line 3.15<br>☐ Not listed. Explain ___ | — |
| 4.30 | Ray Grace, Commission<br>North Caroolina Comm of Banks<br>4309 Mail Service Center<br>Raleigh, NC 27699-4309 | Line 3.32<br>☐ Not listed. Explain ___ | — |
| 4.31 | Ryan Sullivan<br>Office of Consumer Protection<br>Helena, MT 59620-0151 | Line 3.29<br>☐ Not listed. Explain ___ | — |
| 4.32 | Scott Cameron, Senior Deputy Comm<br>California Dept of Business Oversight<br>Financial Services Division<br>1515 K Street, Suite 200<br>Sacramento, CA 95814-4052 | Line 3.15<br>☐ Not listed. Explain ___ | — |
| 4.33 | Shawna Meyer<br>120 SW 10th Ave, 2nd Floor<br>Topeka, KS 66612 | Line 3.23<br>☐ Not listed. Explain ___ | — |
| 4.34 | Steve Kelly, Commissioner<br>Minnesota Depart of Commerce<br>Golden Rule Bldg<br>85 7th Place East, Suite 280<br>Saint Paul, MN 55101 | Line 3.27<br>☐ Not listed. Explain ___ | — |
| 4.35 | Sue Reed<br>Consumer Advocate<br>120 SW 10th Ave, 2nd Floor<br>Jefferson City, MO 65102 | Line 3.28<br>☐ Not listed. Explain ___ | — |
| 4.36 | Susan Laib<br>Lead Consume Special<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Line 3.35<br>☐ Not listed. Explain ___ | — |
| 4.37 | Time Kemp, Deputy Bank Commissioner<br>State Bank Commof Kansas<br>700 SW Jackson St, Suite 300<br>Topeka, KS 66603 | Line 3.23<br>☐ Not listed. Explain ___ | — |
| 4.38 | TJ Donovan, Vermont Atty General<br>109 State Street<br>Montpelier, VT 05609 | Line 3.40<br>☐ Not listed. Explain ___ | — |

| Debtor | Consumer Advocacy Center Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |
| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| 4.39 | Tom Miller, Iowa Attorney General<br>Iowa Dept of Justice<br>Hover State Office Bldg<br>1305 E. Walnut Street<br>Des Moines, IA 50319 | Line **3.22**<br>☐ Not listed. Explain ____ | — |
| 4.40 | Wayne Stenehjem, Atty General<br>1050 E. Interstate Ave, Ste 200<br>Bismarck, ND 58503-5574 | Line **3.33**<br>☐ Not listed. Explain ____ | — |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 777,328.22 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 777,328.22 |

**Fill in this information to identify the case:**

Debtor name  **Consumer Advocacy Center Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☒ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **Consumer Advocacy Center Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   *Column 1:* Codebtor                                   *Column 2:* Creditor

|     | Name | Mailing Address | | | Name | Check all schedules that apply: |
|-----|------|------|------|------|------|------|
| 2.1 | _____ | Street _____ | | | _____ | ☐ D  ☐ E/F  ☐ G |
|     |      | City | State | Zip Code | | |
| 2.2 | _____ | Street _____ | | | _____ | ☐ D  ☐ E/F  ☐ G |
|     |      | City | State | Zip Code | | |
| 2.3 | _____ | Street _____ | | | _____ | ☐ D  ☐ E/F  ☐ G |
|     |      | City | State | Zip Code | | |
| 2.4 | _____ | Street _____ | | | _____ | ☐ D  ☐ E/F  ☐ G |
|     |      | City | State | Zip Code | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Consumer Advocacy Center Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **19-10655-JKO** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 22, 2019        X   */s/ Albert Kim*
                                             Signature of individual signing on behalf of debtor

**Albert Kim**
Printed name

**President**
Position or relationship to debtor