UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 19-10655-JKO

Consumer Advocacy Center, Inc

CHAPTER 11 PROCEEDING

    Debtor

_____/

### DEBTOR'S NOTICE OF FILING PAYROLL AND SALES TAX REPORTS

Consumer Advocacy Center ~~[redacted]~~, INC., Debtor-in-Possession, ("Debtor") pursuant to Local Rule 2081-1(A), having filed its Chapter 11 Petition on January 16, 2019, (the "Filing Date") files its Payroll and Sales Tax Reports as follows:

## *PAYROLL TAXES:*

I.    Payroll taxes accrued for 1st month prior to filing: Date Paid: $0     Amount Paid **No Payroll**     Place of Payment:     12/20/18

II.   Payroll taxes accrued for 2nd month prior to filing: Date Paid: $34.24     Amount Paid: $34.24     Place of Payment: **This amount was a small adjustment for previous taxes owed that was debited by ADP Payroll Systems**     11/22/18

III. Payroll taxes accrued for 3rd month prior to filing: Date Paid: $182,706.89     Amount Paid: $182,706.89     Place of Payment: **ADP handles Payroll for CAC and pays all relevant federal and state taxes when Consumer Advocacy Center Inc, runs its payroll, which is weekly.**     10/18/18

IV. Payroll taxes accrued for 4th month prior to filing: Date Paid: $232,742.14     Amount Paid: $232,742.14     Place of Payment: **ADP handles Payroll for CAC and pays all relevant federal and state taxes when Consumer Advocacy Center Inc, runs its payroll, which is weekly.**     9/20/18

V.   Payroll taxes accrued for 5th month prior to filing Date Paid: $227,199     Amount Paid: $227,199     Place of Payment: **ADP handles Payroll for CAC and pays all relevant federal and state taxes when Consumer Advocacy Center Inc, runs its payroll, which is weekly.**     8/16/18

VI. Payroll taxes accrued for 6th month prior to filing: Date Paid: **$215,096.36** _____ Amount Paid $215,096.36 _____ Place of Payment: **ADP handles Payroll for CAC and pays all relevant federal and state taxes when Consumer Advocacy Center Inc, runs its payroll, which is weekly.**   7/12/18

VII. Amount still due and owing for six month period preceding filing: $0

VIII. Amount still due and owing for earlier periods:   $0

LF-78 (rev. 12/01/09)          Page 1 of 2

## SALES TAXES: Not Applicable Consumer Advocacy Center Inc does not sell any products therefore no sales taxes collected.

I. Gross Sales subject to Sales Tax for 1st month prior to filing: N/A
Sales taxes accrued for 1st month prior to filing:
Date Paid: _____ Amount Paid _____
Place of Payment: _____

II. Gross Sales subject to Sales Tax for 2nd month prior to filing: N/A
Sales taxes accrued for 2nd month prior to filing:
Date Paid: _____ Amount Paid _____
Place of Payment: _____

III. Gross Sales subject to Sales Tax for 3rd month prior to filing: N/A
Sales taxes accrued for 3rd month prior to filing:
Date Paid: _____ Amount Paid _____
Place of Payment: _____

IV. Gross Sales subject to Sales Tax for 4th month prior to filing: N/A
Sales taxes accrued for 4th month prior to filing:
Date Paid: _____ Amount Paid _____
Place of Payment: _____

V. Gross Sales subject to Sales Tax for 5th month prior to filing: N/A
Sales taxes accrued for 5th month prior to filing
Date Paid: _____ Amount Paid _____
Place of Payment: _____

VI. Gross Sales subject to Sales Tax for 6th month prior to filing: N/A
Sales taxes accrued for 6th month prior to filing:
Date Paid: _____ Amount Paid _____
Place of Payment: _____

VII. Amount still due and owing for six month period preceding filing: N/A

VIII. Amount still due and owing for earlier periods: N/A

for the 6 months preceding the filing date.

I, __Albert Kim__, president of __Consumer Advocacy Center Inc.__ declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Date __4/2/19__   By _____

__ALBERT KIM__
print name of individual signing

A certificate of service complying with Local Rules 2002-1(F) and 2081-1(A)(3) reflecting service on the U.S. Trustee, the Internal Revenue Service, the Florida Department of Revenue and any other taxing authority named in the report must accompany the filing of this document.

LF-78 (rev. 12/01/09)         Page 2 of 2

| Period End | Employees' Portion of taxes | Employer's Portion of taxes | Total Taxes | Paid Date | Total Taxes paid by ADP Payroll on behalf of Consumer Advocacy Center Inc that was paid for Federal and State Taxes (This is the total paid by ADP for the prior weeks up till date in yellow) |
|---|---|---|---|---|---|
| 6/9/2018 | 27,925.07 | 12,611.33 | 40,536.40 | 6/14/2018 | |
| 6/16/2018 | 28,385.54 | 12,741.82 | 41,127.36 | 6/21/2018 | |
| 6/23/2018 | 29,227.80 | 12,975.13 | 42,202.93 | 6/28/2018 | |
| 6/30/2018 | 32,804.05 | 14,222.37 | 47,026.42 | 7/5/2018 | |
| 7/7/2018 | 30,483.22 | 13,720.03 | 44,203.25 | 7/12/2018 | $215,096.36 |
| 7/14/2018 | 32,822.58 | 13,596.70 | 46,419.28 | 7/19/2018 | |
| 7/21/2018 | 34,813.10 | 15,057.58 | 49,870.68 | 7/26/2018 | |
| 7/28/2018 | 33,076.11 | 14,558.62 | 47,634.73 | 8/2/2018 | |
| 8/4/2018 | 30,016.24 | 13,776.65 | 43,792.89 | 8/9/2018 | |
| 8/11/2018 | 26,327.85 | 13,153.57 | 39,481.42 | 8/16/2018 | $227,199.00 |
| 8/18/2018 | 30,615.55 | 14,503.42 | 45,118.97 | 8/23/2018 | |
| 8/25/2018 | 32,903.66 | 14,727.71 | 47,631.37 | 8/30/2018 | |
| 9/1/2018 | 36,458.30 | 15,970.19 | 52,428.49 | 9/6/2018 | |
| 9/8/2018 | 27,840.30 | 13,598.14 | 41,438.44 | 9/13/2018 | |
| 9/15/2018 | 31,321.22 | 14,803.65 | 46,124.87 | 9/20/2018 | $232,742.14 |
| 9/22/2018 | 29,699.90 | 14,733.98 | 44,433.88 | 9/27/2018 | |
| 9/29/2018 | 108,628.88 | 26,494.24 | 135,123.12 | 10/4/2018 | |
| 10/6/2018 | 1,951.06 | 1,198.83 | 3,149.89 | 10/11/2018 | |
| 10/13/2018 | | | | 10/18/2018 | $182,706.89 |
| 10/20/2018 | 16.01 | 18.23 | 34.24 | 10/25/2018 | |
| 10/27/2018 | - | | | 11/1/2018 | |
| 11/3/2018 | - | | | 11/8/2018 | |
| 11/10/2018 | - | | | 11/15/2018 | |
| 11/17/2018 | - | | | 11/22/2018 | $34.24 |
| 11/24/2018 | - | | | 11/29/2018 | |
| 12/1/2018 | - | | | 12/6/2018 | |
| 12/8/2018 | - | | | 12/13/2018 | |
| 12/15/2018 | - | | | 12/20/2018 | $0.00 |
| 12/22/2018 | - | | | 12/27/2018 | |
| 12/29/2018 | - | | | 1/3/2019 | |
| 1/5/2019 | - | | | 1/10/2019 | |
| 1/12/2019 | - | | | 1/17/2019 | |
| 1/19/2019 | - | | | 1/24/2019 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 19-10655-JKO

CONSUMER ADVOCACY CENTER, INC.

CHAPTER 11 PROCEEDING

    Debtor

_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **April 3, 2019**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the *Debtor's Notice of Filing Payroll and Sales Tax Reports* is being served this day on is being served this day on all counsel of record or pro se parties identified and all creditors on the attached mailing list, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    BEHAR, GUTT & GLAZER, P.A.
    Attorneys for Debtor
    DCOTA, Suite A-350
    1855 Griffin Road
    Fort Lauderdale, Florida 33004
    Telephone: (305) 931-3771
    Email: bsb@bgglaw.com
    Email: redwards@bgglaw.com

    By:    /s/ Brian S. Behar
          BRIAN S. BEHAR
          FBN: 727131
          ROBERT J. EDWARDS
          FBN: 7544

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 19-10655-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Jan 22 16:23:53 EST 2019 | Consumer Advocacy Center Inc.<br>173 Tehnology Dr #202<br>Irvine, CA 92618-2489 | Aaron Frey, Maine Atty General<br>6 State House Station<br>Augusta, ME 04333-0006 |
| Abante Rooter & Plumbing, Inc.<br>c/o Andrew Heidarpour, Esq.<br>Heidarpour Law Firm, PLLC<br>1300 Pennsylvannia Ave, NW 190-318<br>Washington, DC 20004-3002 | Alan Wilson, S.C. Attorney General<br>Office of Atty General South Carolina<br>1000 Assembly Street, Rm 519<br>Columbia, SC 29201-3117 | Bob Fuerguson, Attorney General<br>Office of Attorney General Washington<br>1125 Washington Street<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| Brian E. Frosh, Attorney General<br>Office of Atty General State of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202-2004 | Bryan A. Schneider, Secretary<br>Illinois Division of Finance & Prof Reg<br>320 West Washington Street, 3rd Fl<br>Springfield, IL 62786-0001 | Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552-0004 |
| Carla Ogden<br>500 South Second St<br>Springfield, IL 62701-1705 | Carolyn Hahn, Sr. Lit Counsel<br>1700 G Street NW<br>Washington, DC 20554-0001 | Carolyn Hahn, Sr. Lit counsel<br>1700 G Street NW<br>Washington, DC 20552-0003 |
| Chad Ploof<br>c/o Andrew Heidarpour, Esq.<br>HeidarpourLaw Firm, PLLC<br>1300 Pennsylvannia Ave<br>Washington, DC 20004-3002 | Chancellor Leonard<br>c/o Alex M. Washkowitz, Esq.<br>CW Law Group, P.C.<br>488 Oaks Road<br>Framingham, MA 01702 | Christopher Dolejs<br>c/o David Force, Esq.<br>Law Offices of Michael Lupolover, P.C.<br>120 Sylvan Ave, Ste 303<br>Englewood Cliffs, NJ 07632-2505 |
| Consumer Finanical Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552-0004 | Curtis T. Hill, Attorney General<br>Office of Atty General State of Indiana<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204-4701 | David C. Evers<br>Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9000 |
| Deborah Morris, Deputy Enforcement Dir<br>1700 G Street NW<br>Washington, DC 20552-0003 | Department of Consumer & Business Servic<br>Division of Financial Regulation<br>P.O. Box 14480<br>Salem, OR 97309-0405 | Ellen F. Rosenblum, Atty General<br>Oregon Dept of Justice<br>1162 Court St., NE<br>Salem, OR 97301-4096 |
| Evan Romanoff<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1200<br>Saint Paul, MN 55101-2130 | Federal Communications Commission<br>445 12th Street, SW<br>Washington, DC 20554-0005 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| Gavin M. Gee, Dir of Finance<br>Idaho Dept of Finance<br>800 Park Blvd, Suite 200<br>Boise, ID 83712-7768 | George Jepsen, Attoney General<br>Office of Attorney General, Connecticut<br>55 Elm Street<br>Hartford, CT 06106-1752 | Gordon McDonald, Attorney General<br>New Hampshire Dept of Justice<br>33 Capital Street<br>Concord, NH 03301-6310 |
| Graham Sorkin<br>2125 Delaware Ave, Suite A<br>Santa Cruz, CA 95060-5752 | Greg Gonzales, Commissioner<br>Tennessee Dept of Financial Insti<br>312 Rosa L. Parks Ave, 26th Floor<br>Nashville, TN 37243-1102 | Jay Brodsky<br>240 East Shore Road<br>Great Neck, NY 11023-2438 |

| | | |
|---|---|---|
| Jeffrey Bloomfield, Attorney at Law<br>301 North Main Street, Ste 2400<br>Winston Salem, NC 27101-3835 | Jeremy Jackson<br>c/o Stephen P. DeNittis<br>DeNittis Osefchen Prince, PC<br>1515 Market Street, Ste 1200<br>Philadelphia, PA 19102-1932 | Joseph Bond<br>c/o Todd M. Friedman<br>The Law Office of Todd M. Friedman, P.C.<br>21550 Oxnard St, Ste 780<br>Woodland Hills, CA 91367-7104 |
| Josh Shapiro, Penn Attorney General<br>Office of Atty General of Pennsylvannia<br>Strawberry Square<br>Harrisburg, PA 17120-0001 | Justice Rillera<br>Financial Enforcement Officer<br>350 Winter St, NE, Rm 410<br>Salem, OR 97301-3881 | Katrina G. Cardin<br>Consumer Protection Investigator<br>P.O. Box 8911<br>Madison, WI 53708-8911 |
| Kristi Thompson<br>445 12th Street, SW<br>Washington, DC 20554-0004 | Lee R. Keith<br>Missouri Division of Finance<br>Truman State Office Bldg. Rm 630<br>Jefferson City, MO 65102 | Letitia James, Attorney General<br>Office of Atty General New York State<br>The Capitol<br>Albany, NY 12224-0341 |
| Maura Healey, Attorney General<br>Office of Atty General of Massachusetts<br>1350 Main Street, 4th Floor<br>Springfield, MA 01103-1664 | Melanie G. Hall, Commissioner<br>Montana Div of Banking & Financial Insti<br>P.O. Box 200546<br>Helena, MT 59620-0546 | Mike Devine, Attorney General<br>Ohio Attorney General<br>30 E. Broad St. 14th Floor<br>Columbus, OH 43215-3414 |
| Office of Attorney General<br>1300 'I' Street<br>Sacramento, CA 95814-2963 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Quintin Brown<br>5810 Riley Street, Unit 2<br>San Diego, CA 92110-1760 |
| Ray Grace, Commission<br>North Caroolina Comm of Banks<br>4309 Mail Service Center<br>Raleigh, NC 27699-4309 | Ryan Sullivan<br>Office of Consumer Protection<br>Helena, MT 59620-0151 | Scott Cameron, Senior Deputy Comm<br>California Dept of Business Oversight<br>Financial Services Division<br>1515 K Street, Suite 200<br>Sacramento, CA 95814-4052 |
| Shante Willis<br>45 12th Street, SW<br>Washington, DC 20554-0001 | Shawna Meyer<br>120 SW 10th Ave, 2nd Floor<br>Topeka, KS 66612-1237 | State of California<br>Attorney General Public Inquiry Unit<br>Consumer Protection Division<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| State of Colorado<br>Phil Weiser, Attorney General<br>Ralph L. Carr Judicial Bldg<br>1300 Braodway  10th Floor<br>Denver, CO 80203-2104 | State of Connecticut<br>Jorge Perez, Commissioner<br>260 Constitution Plaza<br>Hartford, CT 06103-1820 | State of Georgia<br>Chris Carr, Attorney General<br>40 Capital Square, SW<br>Atlanta, GA 30334-9057 |
| State of Idaho<br>Lawrence G. Wasden, Atty General<br>700 W. Jefferson Street<br>Boise, ID 83720-0010 | State of Illinois<br>Office of the Attorney General<br>Consumer Protection Division<br>500 South Second St<br>Springfield, IL 62701-1705 | State of Indiana<br>Indiana Dept of Financial Institution<br>30 South Meridian St, Ste 300<br>Indianapolis, IN 46204-3509 |
| State of Iowa<br>Iowa Division of Banking<br>200 East Grand Ave, Ste 300<br>Des Moines, IA 50309-1827 | State of Kansas<br>Office of Atty General Derek Schmidt<br>Consumer Protection Division<br>120 SW 10th Ave, 2nd Floor<br>Topeka, KS 66612-1237 | State of Maine<br>Anne L. Head, Commissioner<br>Maine Dept of Proff & Finance Regulation<br>35 State House Station<br>Augusta, ME 04333-0035 |

| | | |
|---|---|---|
| State of Maryland<br>Antonio P. Salazar, Commissioner<br>Financial Regulation<br>500 North Calvert St, Ste 402<br>Baltimore, MD 21202-3659 | State of Massachusetts<br>CRA Unit<br>One South Stateion 3rd Floor<br>Boston, MA 02110-2253 | State of Minnesota<br>Office of the Attorney General<br>445 Minnesota St, Suite 1200<br>Saint Paul, MN 55101-2130 |
| State of Missouri<br>Office of Atty General<br>Consumer Protection Division<br>P.O. Box 899<br>Jefferson City, MO 65102-0899 | State of Montana<br>Montana Office of Consumer Protection<br>P.O. Box 200151<br>Helena, MT 59620-0151 | State of New Hampshire<br>Gerald H. Little, Commissioner<br>New Hampshire Banking Dept<br>53 Regional Drive, Ste 200<br>Concord, NH 03301-8500 |
| State of New York<br>Maria T. Vullo, Superintendent of Financ<br>NY Dept of Financial Services<br>One State Street<br>New York, NY 10004-1511 | State of North Carolina<br>Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | State of North Dakota<br>Office of Attorney General<br>Gateway Professional Center<br>1050 E. Interstate Ave, Ste 200<br>Bismarck, ND 58503-5574 |
| State of Ohio<br>Jacqueline T. Williams, Director<br>Ohion Dept of Commerce<br>77 S. High St, 21 Floor<br>Columbus, OH 43215-6120 | State of Oklahoma<br>Office of Attorney General<br>Consumer Protection Unit<br>313 NE 21st Street<br>Oklahoma City, OK 73105-3207 | State of Oregon<br>Department of Consumer & Business Servic<br>Division of Financial Regulation<br>350 Winter St NE Room 410<br>Salem, OR 97301-3881 |
| State of Pennsylvannia<br>Robin L. Weissmann, Secretary of Banking<br>Market Square Plaza<br>17 N. Second Street. Ste 1300<br>Harrisburg, PA 17101-1642 | State of South Carolina<br>David Campbell, Commissioner<br>2221 Devine Street, Ste 200<br>Columbia, SC 29205-2418 | State of Tennessee<br>Department of Commerce & Insurance<br>Phyllis Jordan ASA II, Consumer Affairs<br>500 James Robertson Pkwy<br>Nashville, TN 37243-0565 |
| State of Vermont<br>Molly Dillon, Deputy Comm of Banking<br>Vermont Dept of Financial Regulation<br>89 Main Street<br>Montpelier, VT 05620-3101 | State of Washington<br>Levi Clemmens, Director<br>Washington State Dept of Financial Insti<br>P.O. Box 41200<br>Olympia, WA 98504-1200 | State of Wisconsin<br>Dept of Agriculture, Trade & Consumer<br>2811 Agriculture Dr.<br>Madison, WI 53718-6777 |
| Steve Kelly, Commissioner<br>Minnesota Depart of Commerce<br>Golden Rule Bldg<br>85 7th Place East, Suite 280<br>Saint Paul, MN 55101-2143 | Stuart Abramson<br>522 Glen Arden Drive<br>Pittsburgh, PA 15208-2809 | Sue Reed<br>Consumer Advocate<br>120 SW 10th Ave, 2nd Floor<br>Jefferson City, MO 65102 |
| Susan Laib<br>Lead Consume Special<br>313 NE 21st Street<br>Oklahoma City, OK 73105-3207 | TJ Donovan, Vermont Atty General<br>109 State Street<br>Montpelier, VT 05609-0002 | Time Kemp, Deputy Bank Commissioner<br>State Bank Commof Kansas<br>700 SW Jackson St, Suite 300<br>Topeka, KS 66603-3782 |
| Tom Miller, Iowa Attorney General<br>Iowa Dept of Justice<br>Hover State Office Bldg<br>1305 E. Walnut Street<br>Des Moines, IA 50319-0106 | Wayne Stenehjem, Atty General<br>1050 E. Interstate Ave, Ste 200<br>Bismarck, ND 58503-5574 | Brian S Behar Esq<br>1855 Griffin Road, Suite A-350<br>Ft. Lauderdale, FL 33004-2210 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Federal Trade Commission
Tara Isla Koslov, Chief of Staff
600 Pennsylvannia Ave, NW
Washington, DC 20580

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bob Moses

End of Label Matrix
Mailable recipients    86
Bypassed recipients     1
Total                  87