**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Consumer Advocacy Center Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **19-10655-JKO** |

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Abante Rooter & Plumbing, Inc.**<br>**c/o Andrew Heidarpour, Esq.**<br>**Heidarpour Law Firm, PLLC**<br>**1300 Pennsylvannia Ave, NW 190-318**<br>**Washington, DC 20004**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$2,500.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Bureau of Consumer Financial Protection**<br>**1700 G Street NW**<br>**Washington, DC 20552**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Unknown** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Chad Ploof**<br>**c/o Andrew Heidarpour, Esq.**<br>**HeidarpourLaw Firm, PLLC**<br>**1300 Pennsylvannia Ave**<br>**Washington, DC 20004**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$2,500.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Chancellor Leonard**<br>**c/o Alex M. Washkowitz, Esq.**<br>**CW Law Group, P.C.**<br>**488 Oaks Road**<br>**Framingham, MA 01702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                49989                Best Case Bankruptcy

Debtor    **Consumer Advocacy Center Inc.**                     Case number (if known)    **19-10655-JKO**
          Name

| | |
|---|---|
| **3.5**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| **Christopher Dolejs**<br>c/o David Force, Esq.<br>Law Offices of Michael Lupolover, P.C.<br>120 Sylvan Ave, Ste 303<br>Englewood Cliffs, NJ 07632 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No   ☐ Yes |

| | |
|---|---|
| **3.6**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |
| **Consumer Finanical Protection Bureau**<br>1700 G Street NW<br>Washington, DC 20552 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No   ☐ Yes |

| | |
|---|---|
| **3.7**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |
| **Federal Communications Commission**<br>445 12th Street, SW<br>Washington, DC 20554 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No   ☐ Yes |

| | |
|---|---|
| **3.8**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |
| **Federal Trade Commission**<br>Tara Isla Koslov, Chief of Staff<br>600 Pennsylvannia Ave, NW<br>Washington, DC 20580 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No   ☐ Yes |

| | |
|---|---|
| **3.9**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| **Graham Sorkin**<br>2125 Delaware Ave, Suite A<br>Santa Cruz, CA 95060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No   ☐ Yes |

| | |
|---|---|
| **3.10**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |
| **Guaranteed Rate, Inc.**<br>Attn: Scott Ubersox<br>3940 N. Ravenswood Ave<br>Chicago, IL 60613 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No   ☐ Yes |

| | |
|---|---|
| **3.11**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |
| **Jay Brodsky**<br>240 East Shore Road<br>Great Neck, NY 11023 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No   ☐ Yes |

| Debtor | **Consumer Advocacy Center Inc.** | | Case number (if known) | **19-10655-JKO** |
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**Jeffrey Bloomfield, Attorney at Law**
**301 North Main Street, Ste 2400**
**Winston Salem, NC 27101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,000.00**

**Jeremy Jackson**
**c/o Stephen P. DeNittis**
**DeNittis Osefchen Prince, PC**
**1515 Market Street, Ste 1200**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,000.00**

**Joseph Bond**
**c/o Todd M. Friedman**
**The Law Office of Todd M. Friedman, P.C.**
**21550 Oxnard St, Ste 780**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Quintin Brown**
**5810 Riley Street, Unit 2**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Consumer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of California**
**Attorney General Public Inquiry Unit**
**Consumer Protection Division**
**P.O. Box 944255**
**Sacramento, CA 94244-2550**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Colorado**
**Phil Weiser, Attorney General**
**Ralph L. Carr Judicial Bldg**
**1300 Braodway  10th Floor**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Connecticut**
**Jorge Perez, Commissioner**
**260 Constitution Plaza**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Consumer Advocacy Center Inc.**                                  Case number (if known)   **19-10655-JKO**
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**State of Georgia**
**Chris Carr, Attorney General**
**40 Capital Square, SW**
**Atlanta, GA 30334**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**State of Idaho**
**Lawrence G. Wasden, Atty General**
**700 W. Jefferson Street**
**Boise, ID 83720-0010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**State of Illinois**
**Office of the Attorney General**
**Consumer Protection Division**
**500 South Second St**
**Springfield, IL 62701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**State of Indiana**
**Indiana Dept of Financial Institution**
**30 South Meridian St, Ste 300**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**State of Iowa**
**Iowa Division of Banking**
**200 East Grand Ave, Ste 300**
**Des Moines, IA 50309-1827**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**State of Kansas**
**Office of Atty General Derek Schmidt**
**Consumer Protection Division**
**120 SW 10th Ave, 2nd Floor**
**Topeka, KS 66612**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**State of Maine**
**Anne L. Head, Commissioner**
**Maine Dept of Proff & Finance Regulation**
**35 State House Station**
**Augusta, ME 04333**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Consumer Advocacy Center Inc.** | Case number (if known) | **19-10655-JKO** |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Maryland**
**Antonio P. Salazar, Commissioner**
**Financial Regulation**
**500 North Calvert St, Ste 402**
**Baltimore, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Massachusetts**
**CRA Unit**
**One South Stateion 3rd Floor**
**Boston, MA 02110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$573,828.22**

**State of Minnesota**
**Office of the Attorney General**
**445 Minnesota St, Suite 1200**
**Saint Paul, MN 55101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Missouri**
**Office of Atty General**
**Consumer Protection Division**
**P.O. Box 899**
**Jefferson City, MO 65102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Montana**
**Montana Office of Consumer Protection**
**P.O. Box 200151**
**Helena, MT 59620-0151**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of New Hampshire**
**Gerald H. Little, Commissioner**
**New Hampshire Banking Dept**
**53 Regional Drive, Ste 200**
**Concord, NH 03301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of New York**
**Maria T. Vullo, Superintendent of Financ**
**NY Dept of Financial Services**
**One State Street**
**New York, NY 10004-1511**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Consumer Advocacy Center Inc.**                                    Case number (if known)    **19-10655-JKO**
           Name

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|-----|-----|-----|

**State of North Carolina**
**Department of Justice**
**9001 Mail Service Center**
**Raleigh, NC 27699-9001**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|-----|-----|-----|

**State of North Dakota**
**Office of Attorney General**
**Gateway Professional Center**
**1050 E. Interstate Ave, Ste 200**
**Bismarck, ND 58503-5574**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|-----|-----|-----|

**State of Ohio**
**Jacqueline T. Williams, Director**
**Ohion Dept of Commerce**
**77 S. High St, 21 Floor**
**Columbus, OH 43215-6120**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|-----|-----|-----|

**State of Oklahoma**
**Office of Attorney General**
**Consumer Protection Unit**
**313 NE 21st Street**
**Oklahoma City, OK 73105**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|-----|-----|-----|

**State of Oregon**
**Department of Consumer & Business Servic**
**Division of Financial Regulation**
**350 Winter St NE Room 410**
**Salem, OR 97309**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|-----|-----|-----|

**State of Pennsylvannia**
**Robin L. Weissmann, Secretary of Banking**
**Market Square Plaza**
**17 N. Second Street. Ste 1300**
**Harrisburg, PA 17101**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Consumer Advocacy Center Inc.** | Case number (if known) | **19-10655-JKO** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of South Carolina**
**David Campbell, Commissioner**
**2221 Devine Street, Ste 200**
**Columbia, SC 29205-2418**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Tennessee**
**Department of Commerce & Insurance**
**Phyllis Jordan ASA II, Consumer Affairs**
**500 James Robertson Pkwy**
**Nashville, TN 37243-0565**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Vermont**
**Molly Dillon, Deputy Comm of Banking**
**Vermont Dept of Financial Regulation**
**89 Main Street**
**Montpelier, VT 05620-3101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Washington**
**Levi Clemmens, Director**
**Washington State Dept of Financial Insti**
**P.O. Box 41200**
**Olympia, WA 98504-1200**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Wisconsin**
**Dept of Agriculture, Trade & Consumer**
**2811 Agriculture Dr.**
**Madison, WI 53708-8911**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Stuart Abramson**
**522 Glen Arden Drive**
**Pittsburgh, PA 15208**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Consumer Advocacy Center Inc.** | Case number (if known) | **19-10655-JKO** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aaron Frey, Maine Atty General**<br>**6 State House Station**<br>**Augusta, ME 04333** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Alan Wilson, S.C. Attorney General**<br>**Office of Atty General South Carolina**<br>**1000 Assembly Street, Rm 519**<br>**Columbia, SC 29201** | Line __3.39__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Bob Fuerguson, Attorney General**<br>**Office of Attorney General Washington**<br>**1125 Washington Street**<br>**P.O. Box 40100**<br>**Olympia, WA 98504** | Line __3.42__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Bob Moses** | Line __3.36__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Brian E. Frosh, Attorney General**<br>**Office of Atty General State of Maryland**<br>**200 St. Paul Place**<br>**Baltimore, MD 21202** | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Bryan A. Schneider, Secretary**<br>**Illinois Division of Finance & Prof Reg**<br>**320 West Washington Street, 3rd Fl**<br>**Springfield, IL 62786** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Carla Ogden**<br>**500 South Second St**<br>**Springfield, IL 62701** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Carolyn Hahn, Sr. Lit Counsel**<br>**1700 G Street NW**<br>**Washington, DC 20554** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Carolyn Hahn, Sr. Lit counsel**<br>**1700 G Street NW**<br>**Washington, DC 20552** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Curtis T. Hill, Attorney General**<br>**Office of Atty General State of Indiana**<br>**302 W. Washington Street, 5th Floor**<br>**Indianapolis, IN 46204** | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **David C. Evers**<br>**Department of Justice**<br>**9001 Mail Service Center**<br>**Raleigh, NC 27699** | Line __3.33__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Deborah Morris, Deputy Enforcement Dir**<br>**1700 G Street NW**<br>**Washington, DC 20552** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Consumer Advocacy Center Inc.** | Case number (if known) | **19-10655-JKO** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Department of Consumer & Business Servic**<br>**Division of Financial Regulation**<br>**P.O. Box 14480**<br>**Salem, OR 97309-0405** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Ellen F. Rosenblum, Atty General·**<br>**Oregon Dept of Justice**<br>**1162 Court St., NE**<br>**Salem, OR 97301-4096** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Evan Romanoff**<br>**Office of the Attorney General**<br>**445 Minnesota Street, Suite 1200**<br>**Saint Paul, MN 55101** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Gavin M. Gee, Dir of Finance**<br>**Idaho Dept of Finance**<br>**800 Park Blvd, Suite 200**<br>**Boise, ID 83712** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **George Jepsen, Attoney General**<br>**Office of Attorney General, Connecticut**<br>**55 Elm Street**<br>**Hartford, CT 06106** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Gordon McDonald, Attorney General**<br>**New Hampshire Dept of Justice**<br>**33 Capital Street**<br>**Concord, NH 03301** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Greg Gonzales, Commissioner**<br>**Tennessee Dept of Financial Insti**<br>**312 Rosa L. Parks Ave, 26th Floor**<br>**Nashville, TN 37243** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Josh Shapiro, Penn Attorney General**<br>**Office of Atty General of Pennsylvannia**<br>**Strawberry Square**<br>**Harrisburg, PA 17120** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Justice Rillera**<br>**Financial Enforcement Officer**<br>**350 Winter St, NE, Rm 410**<br>**Salem, OR 97309** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Katrina G. Cardin**<br>**Consumer Protection Investigator**<br>**P.O. Box 8911**<br>**Madison, WI 53708-8911** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Kristi Thompson**<br>**445 12th Street, SW**<br>**Washington, DC 20554** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Lee R. Keith**<br>**Missouri Division of Finance**<br>**Truman State Office Bldg. Rm 630**<br>**Jefferson City, MO 65102** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Consumer Advocacy Center Inc.** | Case number (if known) | **19-10655-JKO** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.25 | **Letitia James, Attorney General**<br>**Office of Atty General New York State**<br>**The Capitol**<br>**Albany, NY 12224-0341** | Line __3.32__<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Maura Healey, Attorney General**<br>**Office of Atty General of Massachusetts**<br>**1350 Main Street, 4th Floor**<br>**Springfield, MA 01103** | Line __3.27__<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Melanie G. Hall, Commissioner**<br>**Montana Div of Banking & Financial Insti**<br>**P.O. Box 200546**<br>**Helena, MT 59620** | Line __3.30__<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Mike Devine, Attorney General**<br>**Ohio Attorney General**<br>**30 E. Broad St. 14th Floor**<br>**Columbus, OH 43215** | Line __3.35__<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Office of Attorney General**<br>**1300 "I" Street**<br>**Sacramento, CA 95814-2919** | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Ray Grace, Commission**<br>**North Caroolina Comm of Banks**<br>**4309 Mail Service Center**<br>**Raleigh, NC 27699-4309** | Line __3.33__<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Ryan Sullivan**<br>**Office of Consumer Protection**<br>**Helena, MT 59620-0151** | Line __3.30__<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 | **Scott Cameron, Senior Deputy Comm**<br>**California Dept of Business Oversight**<br>**Financial Services Division**<br>**1515 K Street, Suite 200**<br>**Sacramento, CA 95814-4052** | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Shawna Meyer**<br>**120 SW 10th Ave, 2nd Floor**<br>**Topeka, KS 66612** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 | **Steve Kelly, Commissioner**<br>**Minnesota Depart of Commerce**<br>**Golden Rule Bldg**<br>**85 7th Place East, Suite 280**<br>**Saint Paul, MN 55101** | Line __3.28__<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 | **Sue Reed**<br>**Consumer Advocate**<br>**120 SW 10th Ave, 2nd Floor**<br>**Jefferson City, MO 65102** | Line __3.29__<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 | **Susan Laib**<br>**Lead Consume Special**<br>**313 NE 21st Street**<br>**Oklahoma City, OK 73105** | Line __3.36__<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Consumer Advocacy Center Inc.**      Case number (if known)    **19-10655-JKO**
       Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.37 **Time Kemp, Deputy Bank Commissioner**<br>**State Bank Commof Kansas**<br>**700 SW Jackson St, Suite 300**<br>**Topeka, KS 66603** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 **TJ Donovan, Vermont Atty General**<br>**109 State Street**<br>**Montpelier, VT 05609** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 **Tom Miller, Iowa Attorney General**<br>**Iowa Dept of Justice**<br>**Hover State Office Bldg**<br>**1305 E. Walnut Street**<br>**Des Moines, IA 50319** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 **Wayne Stenehjem, Atty General**<br>**1050 E. Interstate Ave, Ste 200**<br>**Bismarck, ND 58503-5574** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 777,328.22 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 777,328.22 |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Consumer Advocacy Center Inc.**

Debtor(s)

Case No.   **19-10655-JKO**

Chapter   **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule A/B, Schedule G and Statement of Financial Affairs, consisting of _____ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 23, 2019**

Signature   *Albert Kim* President

**Albert Kim**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.