

**ORDERED in the Southern District of Florida on August 20, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

CONSUMER ADVOCACY CENTER, INC.,

        Debtor.
_____/

CASE NO. 19-10655-JKO

Chapter 11

**ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE JOBLOVE & BATTISTA P.A., AS COUNSEL FOR THE CHAPTER 11 TRUSTEE**

THIS CAUSE came before the Court on August 19, 2019 at 10:30 a.m. upon the *Application for Approval of Employment of Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista P.A., as Counsel for the Chapter 11 Trustee Nunc Pro Tunc to August 02, 2019* (the "Application") [ECF No. 76] filed by Sonya S. Slott, as Chapter 11 Trustee (the "Trustee") for Consumer Advocacy Center, Inc. (the "Debtor") pursuant to 11 U.S.C. § 327(a). The Court, having considered the Application and the accompanying *Affidavit of Glenn D. Moses, Esq., on Behalf of Genovese Joblove & Battista, P.A., as Proposed General Counsel for the Trustee* (the "Moses Affidavit"), and it appearing to the Court based upon the representations

made in the Application and the Moses Affidavit that said attorneys neither represent nor hold any interest adverse to the Debtor or the Debtor's estate, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, that Applicant's employment is necessary and in the best interests of the Debtor's Estate, it is

ORDERED as follows:

1. The Application is GRANTED.

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Trustee is authorized to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista P.A. as her counsel, *nunc pro tunc* to August 02, 2019, when services where first rendered, to perform the services set forth in the Application.

3. Genovese Joblove & Battista P.A. shall be compensated and paid pursuant to the terms of the Application and consistent with the requirements of 11 U.S.C. §§ 327, 330 and 331 and applicable Bankruptcy Rules and Local Rules of this Court.

###

**Submitted by:**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for Sonya S. Slott, Chapter 11 Trustee
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone:  305.349.2300
Facsimile:   305.349.2310

**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]