

**ORDERED in the Southern District of Florida on August 25, 2019.**

*[signature]*

**John K. Olson, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

CONSUMER ADVOCACY CENTER, INC.       Case No. 19-10655-BKC-JKO

    Debtor.                       Chapter 7

_____/

**ORDER APPROVING *EX-PARTE* APPLICATION FOR APPROVAL OF EMPLOYMENT
OF HAL A. LEVENBERG, CIRA, CFE, AND YIP ASSOCIATES AS
FINANCIAL ADVISORS TO SONYA SALKIN SLOTT, CHAPTER 7 TRUSTEE,
*NUNC PRO TUNC* TO AUGUST 20, 2019**

    **THIS MATTER** having come before the Court upon the *Ex-Parte Application for Approval of Employment of Hal A. Levenberg, CIRA, CFE and Yip Associates as Financial Advisors to Sonya Salkin Slott, Chapter 7 Trustee, Nunc Pro Tunc to August 20, 2019* (the "Application")[ECF No. 93] and the *Affidavit of Hal A. Levenberg, CIRA, CFE on behalf of Yip Associates as Proposed Financial Advisors to Sonya Salkin Slott, Chapter 7 Trustee, and Nunc Pro Tunc to August 20, 2019 (*the "Levenberg Affidavit") attached to the Application as **Exhibit**

1

**"A"**.  The Application requests entry of an order approving the Trustee's employment of Hal A. Levenberg, CIRA, CFE and Yip Associates.

The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C § 157(b)(2)(A).  The relief requested in the Application is in the best interests of the Estate and the creditors.  The Levenberg Affidavit makes relevant disclosures as required by Fed. R. Bankr. P. 2014 and Fed. R. Bankr. P. 2016.  The Levenberg Affidavit contains a verified statement as required by Fed. R. Bankr. P. 2014 demonstrating that Hal A. Levenberg, CIRA, CFE and Yip Associates are disinterested as required by 11 U.S.C § 327(a) and Fed. R. Bankr. P. 2014, and the Court is authorized to grant the relief requested in the Application.

Upon the representations that Hal A. Levenberg, CIRA, CFE and Yip Associates hold no interest adverse to the Trustee or the Bankruptcy Estate in the matters upon which it is to be engaged, that Hal A. Levenberg, CIRA, CFE and Yip Associates are disinterested persons as required by 11 U.S.C § 327(a) and have disclosed any connections with parties set forth in Fed. Bankr. R. P. 2014, and that their employment is necessary and would be in the best interests of the Estate, it is **ORDERED** as follows:

1. The Application is **GRANTED**.

2. The employment of Yip Associates as Financial Advisors to the Trustee in this Chapter 7 case is **APPROVED** pursuant to 11 U.S.C § 327(a).

3. The Trustee is authorized to employ Hal A. Levenberg, CIRA, CFE and Yip Associates as Financial Advisors to perform the services enumerated in the Application *nunc pro tunc* to August 20, 2019.

4. Yip Associates shall apply for compensation and reimbursement of costs,

2

pursuant to 11 U.S.C §§ 330 and 331, at its standard rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Trustee.

5.  This Court reserves jurisdiction over the parties and the subject matter to award and/or approve fees and expenses of said parties appointed herein in accordance with the applicable statutes and procedures.

###

**Submitted by:**
Sonya Salkin Slott, Trustee
PO Box 15580
Plantation, FL 33318
954-423-4469
sonya@msbankrupt.com


**Copies Furnished to:**  Sonya Salkin Slott, Trustee
*Trustee Salkin Slott is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*

4