

**ORDERED in the Southern District of Florida on September 20, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

CONSUMER ADVOCACY CENTER, INC.,

    Debtor.
_____/

CASE NO. 19-10655-JKO

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S AGREED MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE FROM MAVERICK BANKCARD, INC.**

THIS CAUSE came before the Court on September 17, 2019 at 9:30 a.m. upon the *Chapter 7 Trustee's Agreed Motion for Turnover of Property of the Estate from Maverick BankCard, Inc.* (the "Motion") [ECF No. 114] filed by Sonya S. Slott, as Chapter 7 Trustee (the "Trustee") for Consumer Advocacy Center, Inc. (the "Debtor"). The Court, having considered the Motion, the presentation of counsel, noting the agreement of Maverick BankCard, Inc. ("Maverick") to the form and entry of this Order, and being otherwise apprised of the premises,

**ORDERS** as follows:

1. The Motion is GRANTED.

2. Maverick is directed to turn over the Reserve Funds[1] in the amount of $167,248.45 to the Trustee within 5 days of the entry of this Order.

###

**Submitted by:**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for Sonya S. Slott, Chapter 7 Trustee
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310

**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion.