

**ORDERED in the Southern District of Florida on November 7, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

CONSUMER ADVOCACY CENTER, INC.,

Debtor.
_____/

CASE NO. 19-10655-JKO

Chapter 7

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE FROM NATIONAL MERCHANT CENTER

THIS CAUSE came before the Court on November 6, 2019 at 10:00 a.m. upon the *Chapter 7 Trustee's Motion for Turnover of Property of the Estate from National Merchant Center* (the "Motion") [ECF No. 144] filed by Sonya S. Slott, as Chapter 7 Trustee (the "Trustee") for Consumer Advocacy Center, Inc. (the "Debtor"). The Court, having considered the Motion, the presentation of counsel, and being otherwise apprised of the premises,

**ORDERS** as follows:

1. The Motion is GRANTED.

2. National Merchant Center is directed to turn over the Reserve Funds[1] in the amount of $163,856.94 to the Trustee within 5 days of the entry of this Order.

3. Payment to the Trustee shall be made by check payable to "Sonya S. Slott, Chapter 7 Trustee for Consumer Advocacy Center, Inc." and forwarded c/o Heather L. Harmon, Esq., 100 S.E. Second Street, 44th Floor, Miami, FL 33131.

###

**Submitted by:**
Heather L. Harmon, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for Sonya S. Slott, Chapter 7 Trustee
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310
hharmon@gjb-law.com

**Copy to**:
Heather L. Harmon, Esq.
[Attorney Harmon shall forward a conformed copy of this Order to all interested parties.]

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion.