

**ORDERED in the Southern District of Florida on November 12, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

CONSUMER ADVOCACY
CENTER, INC.,

        Debtor.
_____/

Case No. 19-10655-JKO

Chapter 7

### ORDER APROVING TRUSTEE'S EMPLOYMENT OF ROBERT LEHANE, ESQ. AND KELLEY DRYE & WARREN, LLP AS SPECIAL LOCAL COUNSEL

**THIS MATTER** came before the Court upon the Chapter 7 Trustee's *Ex-Parte* Application for Employment of Robert LeHane Esq. and Kelley Drye & Warren, LLP, as her special local counsel (the "**Application**") [ECF No. 153] filed by Sonya S. Slott, the Chapter 7 Trustee (the "**Trustee**") for the estate of Consumer Advocacy Center, Inc. (the "**Debtor**").  Upon the representations that Robert LeHane, Esq. and Kelley Drye & Warren, LLP (collectively the

"**Applicants**") hold no interest adverse to the estate in the matters upon which they are engaged, that the Applicants are disinterested persons as required by 11 U.S.C. §327(a) of the Bankruptcy Code, and have disclosed any connections with parties set forth in FRBP 2014, and that their employment is necessary and would be in the best interests of the Debtor's estate, it is:

**ORDERED** that the Trustee is authorized to employ Robert LeHane Esq. and Kelley Drye & Warren, LLP, as special local counsel in accordance with the Application, to the date when services were first rendered, on an hourly rate basis subject to Bankruptcy Court approval pursuant to 11 U.S.C. §§ 327 and 330 of the Bankruptcy Code.

###

**Copy furnished upon:**

Glenn D. Moses, Esq.
*Counsel for the Chapter 7 Trustee*
Genovese Joblove & Battista, P.A.
100 SE Second Street, Suite 4400
Miami, FL 33131
(305) 349-2300
(305) 349-2310
gmoses@gjb-law.com

[Attorney Moses shall mail a copy of this Order upon all interested parties and file a Certificate of Service.]