

**ORDERED in the Southern District of Florida on January 27, 2020.**

**John K. Olson, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

CONSUMER ADVOCACY CENTER, INC.,

               Debtor.
_____/

CASE NO. 19-10655-JKO

Chapter 7

### ORDER DENYING BUREAU OF CONSUMER FINANCIAL PROTECTION, STATE OF MINNESOTA, STATE OF NORTH CAROLINA, AND THE PEOPLE OF THE STATE OF CALIFORNIA'S MOTION TO DISMISS CHAPTER 7 CASE

THIS CAUSE came before the Court on January 22, 2020 at 9:30 a.m. upon the *Bureau Of Consumer Financial Protection, State Of Minnesota, State Of North Carolina, And The People Of The State Of California's Motion To Dismiss Chapter 7 Case* (the "**Motion**") [ECF No. 168] and the Objection to the Motion filed by Sonya S. Slott, Chapter 7 Trustee (the "**Trustee**") for Consumer Advocacy Center, Inc. (the "**Debtor**") (the "**Objection**") [ECF No. 190]. The Court, having considered the Motion, the Objection, the presentation and argument of counsel, being otherwise apprised of the premises, and for the reasons set forth on the record at

the hearing on the Motion,

    **ORDERS** as follows:

1.    The Motion is DENIED.

###

**Submitted by:**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for Sonya S. Slott, Chapter 7 Trustee
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone:  305.349.2300
Facsimile:   305.349.2310
gmoses@gjb-law.com

**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]