

**ORDERED in the Southern District of Florida on January 27, 2020.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

CONSUMER ADVOCACY CENTER, INC.,

CASE NO. 19-10655-JKO

Chapter 7

Debtor.
_____/

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR TO COMPEL DISCOVERY RESPONSES FROM HOUSE LANNISTER STAFFING, INC.

THIS CAUSE came before the Court on January 22, 2020 at 9:30 a.m. upon the *Chapter 7 Trustee's Motion to Compel Discovery Responses from House Lannister Staffing, Inc.* (the "**Motion**") [ECF No. 167] filed by Sonya S. Slott, as Chapter 7 Trustee (the "**Trustee**") for Consumer Advocacy Center, Inc. and *House Lannister Staffing, Inc.'s Response in Opposition to Trustee's Motion to Compel Discovery Responses* (the "**Response**") [ECF No. 185]. The Court, having considered the Motion and the Response, the presentation of counsel, finding that the *Stipulated Preliminary Injunction With Asset Freeze, Appointment of Receiver, and Other*

*Equitable Relief* entered in the Receivership Proceeding[1] does not preclude House Lannister Staffing, Inc. from complying with the 2004 Request, and being otherwise apprised of the premises,

**ORDERS** as follows:

1. The Motion is GRANTED.

2. House Lannister Staffing, Inc. is directed to provide complete discovery responses to the 2004 Request, and to provide copies of the documents requested therein to the Trustee, within seven (7) days from the date of this Order.

###

**Submitted by:**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for Sonya S. Slott, Chapter 7 Trustee
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone:  305.349.2300
Facsimile:   305.349.2310
gmoses@gjb-law.com

**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Motion.